C. A. DUNHAM CO. v. WARREN WEBSTER & CO. (Circuit Court of Appeals, Third Circuit. September 14, 1914.) No. 1832. Appeal from the District Court of the United States for the District of New Jersey; Joseph Cross, Judge. Suit in equity by the C. A. Dunham Company against Warren Webster & Co. From a decree in favor of defendant, complainant appeals. Affirmed, on opinion of the District Judge. 206 Fed. 168. Robert W. Hardie, of New York City, for appellant. Francis T. Chambers, of Philadelphia, Pa., for appellee. Before BUFFINGTON and McPHERSON, Circuit Judges, and WITMER, District Judge.

PER CURIAM. The decree of the District Court is affirmed, upon the opinion of Judge Cross.

---

PADROSA v. SERRA OLIVEIRA & CO. (Circuit Court of Appeals, Fifth Circuit. October 29, 1914.) No. 2708. In Error to the District Court of the United States for the Southern District of Georgia; Wm. I. Grubb, Judge. Bolling Whitfield, of Brunswick, Ga., and Edw. S. Elliott, of Savannah, Ga., for plaintiff in error. Frederick T. Saussy, of Savannah, Ga., and Alexander Akerman, of Macon, Ga., for defendant in error. Before PARDEE, Circuit Judge, and NEWMAN and CALL, District Judges.

PER CURIAM. The trial judge was unquestionably right in holding that under the contract proved the delivery of the lumber contracted for was to be made at the ports of discharge in Cape de Verde Islands. The judgment of the District Court is affirmed.

---

WATTS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 29, 1914.) No. 2709. In Error to the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge. Stiles Hopkins, of Atlanta, Ga., for plaintiff in error. John W. Henley, Asst. U. S. Atty., of Atlanta, Ga., for the United States. Before PARDEE, Circuit Judge, and GRUBB and CALL, District Judges.

PER CURIAM. As no bill of exceptions was taken and allowed in the trial court, the only question on this writ of error is whether the count of the indictment under which the plaintiff in error was convicted is sufficient, and as to that we find that the objections urged by the demurrer were not well founded. Judgment affirmed.